UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KATHLEEN SMITH NORTON, :
:
    Plaintiff : No. 3:15-CV-0256
:
vs. : (Judge Nealon)
:
CAROLYN W. COLVIN, Acting :
Commissioner of Social Security, :
:
    Defendant :

**FILED**
**SCRANTON**
MAR 3 1 2016
Per_____/s/_____
DEPUTY CLERK

**ORDER**

NOW, THIS 31ST DAY OF MARCH, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Kathleen Smith Norton disability insurance benefits is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                **/s/ William J. Nealon**
                                                **United States District Judge**